# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Oscar Miranda-Cota,<br>A075 893 480<br>_Defendant_ | Case No. 16-7415 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of November 10, 2016, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Oscar Miranda-Cota, an alien, was found in the United States of America at or near Gila Bend, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Hidalgo, Texas, on or about October 14, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a) and enhanced by (b)(1).

I further state that I am a Border Patrol Agent with U.S. Customs and Border Protection.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: Charles E. Bailey, P.S. for AUSA Kathy J. Lemke

☒ Continued on the attached sheet.

_Complainant's signature_
Timothy S. Goodin
U.S. Border Patrol Agent
_Printed name and title_

Sworn to before me and signed in my presence.

Date: November 14, 2016

_Judge's signature_

City and state: Phoenix, Arizona

Bridget S. Bade
United States Magistrate Judge
_Printed name and title_

## STATEMENT OF PROBABLE CAUSE

I, Timothy S. Goodin, being duly sworn, hereby depose and state as follows:

1. Your affiant is a United States Border Patrol Agent. I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On or about November 10, 2016, Border Patrol Agent David Figueroa encountered an individual near Gila Bend, in the District of Arizona. The agent identified himself as a Border Patrol agent and performed an immigration inspection on the individual. The individual, later identified as Oscar Miranda-Cota, admitted to being a citizen and national of a country other than the United States, unlawfully present in the United States. Miranda-Cota was transported to the Ajo Border Patrol Station for further processing. Miranda-Cota was held in administrative custody until his identity could be confirmed along with his immigration history.

3. Immigration history checks revealed Oscar Miranda-Cota to be a citizen and national of Mexico and a previously deported criminal alien. Miranda-Cota was removed from the United States to Mexico through Hidalgo, Texas, on or about October 14, 2016, pursuant to a removal order issued by an immigration judge. There is no record of Oscar Miranda-Cota in any Department of Homeland Security database to suggest

1

that Miranda-Cota obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Miranda-Cota's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Oscar Miranda-Cota was convicted of Robbery, a felony offense, on December 15, 1998, in the 292nd Judicial District Court, Dallas County, State of Texas. Miranda-Cota was sentenced to a term of ten (10) years' imprisonment and five (5) years' supervised release. Miranda-Cota's criminal history was matched to him by electronic fingerprint comparison.

5. On November 11, 2016, Oscar Miranda-Cota was advised of his constitutional rights. Miranda-Cota freely and willingly acknowledged his rights and declined to provide a statement under oath.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about November 10, 2016, Oscar Miranda-Cota, an alien, was found in the United States of America at or near Gila Bend, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States

///

///

at or near Hidalgo, Texas, on or about October 14, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a) and enhanced by (b)(1).

_____
Timothy S. Goodin
U.S. Border Patrol Agent

Sworn to and subscribed before me
this 14th day of November, 2016.

_____
Bridget S. Bade
United States Magistrate Judge